UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　:
　　　　　　　　　　　　　　　　:
　　　　　Petitioner,　　　　　　:
　　　　　　　　　　　　　　　　:
v.　　　　　　　　　　　　　　　: CASE No. 8:07-MC-40-T-17TGW
　　　　　　　　　　　　　　　　:
BRIAN MIDDLEBROOK,　　　　　　:
　　　　　　　　　　　　　　　　:
　　　　　Respondent.　　　　　　:
_____:

## REPORT AND RECOMMENDATION

This is an action seeking to enforce an Internal Revenue Service summons that had previously been served upon the respondent. The Government has filed a Notice of Voluntary Dismissal (Doc. 5), and has advised that the respondent has now complied with the summons. Accordingly, it asked that the case be dismissed. I, therefore, recommend that, as the Government requests, this case be dismissed in light of the respondent's compliance.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THOMAS G. WILSON
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DATED: JULY 19, 2007

## NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within ten days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. 636(b)(1).